PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2254 (Rev. 9/10)
ADOPTED BY ALL FEDERAL COURTS IN TEXAS

## IN THE UNITED STATES DISTRICT COURT

FOR THE **NORTHERN** DISTRICT OF TEXAS

**LUBBOCK** DIVISION

### PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

**Clarence Lee Hooker**
PETITIONER
(Full name of Petitioner)

**WYNNE Unit Prison**
CURRENT PLACE OF CONFINEMENT

vs.

**ID# 01915508**
PRISONER ID NUMBER

**BOBBY LUMPIN Director**
RESPONDENT
(Name of TDCJ Director, Warden, Jailor, or authorized person having custody of Petitioner)

**5:23-CV-311-H**
CASE NUMBER
(Supplied by the District Court Clerk)

### INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten and signed and dated by the petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except in answer to questions 11 and 20. Do not cite legal authorities. Any additional arguments or facts you want to present must be in a separate memorandum. The petition, including attachments, may not exceed 20 pages.

3. Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show that you cannot prepay the fees and costs, and (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5. Only judgments entered by one court may be challenged in a single petition. A separate petition must be filed to challenge a judgment entered by a different state court.

6. Include all of your grounds for relief and all of the facts that support each ground for relief in this petition.

7. Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices. The proper court will be the federal court in the division and district in which you were convicted (for example, a Dallas County conviction is in the Northern District of Texas, Dallas Division) or where you are now in custody (for example, the Huntsville units are in the Southern District of Texas, Houston Division).

8. Failure to notify the court of your change of address could result in the dismissal of your case.

## PETITION

**What are you challenging?** (Check all that apply)

- [x] A judgment of conviction or sentence, probation or deferred-adjudication probation. (Answer Questions 1-4, 5-12 & 20-25)
- [ ] A parole revocation proceeding. (Answer Questions 1-4, 13-14 & 20-25)
- [ ] A disciplinary proceeding. (Answer Questions 1-4, 15-19 & 20-25)
- [ ] Other: _____ (Answer Questions 1-4, 10-11 & 20-25)

**All petitioners must answer questions 1-4:**
Note: In answering questions 1-4, you must give information about the conviction for the sentence you are presently serving, even if you are challenging a prison disciplinary action. (Note: If you are challenging a prison disciplinary action, do not answer questions 1-4 with information about the disciplinary case. Answer these questions about the conviction for the sentence you are presently serving.) Failure to follow this instruction may result in a delay in processing your case.

1. Name and location of the court (district and county) that entered the judgment of conviction and sentence that you are presently serving or that is under attack: __Lubbock County 364th Judicial District court Cause No. 2011-432,718__

2. Date of judgment of conviction: __January 28, 2014__

3. Length of sentence: __Life TDC__

4. Identify the docket numbers (if known) and all crimes of which you were convicted that you wish to challenge in this habeas action: __Docket number 2011-432,718 Challenge conviction of Murder__

**Judgment of Conviction or Sentence, Probation or Deferred-Adjudication Probation:**

5. What was your plea? (Check one)   ☒ Not Guilty   ☐ Guilty   ☐ Nolo Contendere

6. Kind of trial: (Check one)   ☒ Jury   ☐ Judge Only

7. Did you testify at trial?   ☐ Yes   ☒ No

8. Did you appeal the judgment of conviction?   ☒ Yes   ☐ No

9. If you did appeal, in what appellate court did you file your direct appeal? In Texas Court of Appeals 7th District   Cause Number (if known): 07-14-00039CR

    What was the result of your direct appeal (affirmed, modified or reversed)? affirmed

    What was the date of that decision? Feb, 25, 2016

    If you filed a petition for discretionary review after the decision of the court of appeals, answer the following:

    Grounds raised: #1 The court of Appeals erred by stateing, evidence at trial was legally sufficient to prove Clarence Hatters Guilt

    Result: Review denied
    Date of result: 6-15-2016   Cause Number (if known): 07-14-00039CR  PD-0280-16

    If you filed a petition for a *writ of certiorari* with the United States Supreme Court, answer the following:

    Result: Writ of certiorai Denied
    Date of result: March 29, 2023

10. Other than a direct appeal, have you filed any petitions, applications or motions from this judgment in any court, state or federal? This includes any state applications for a writ of habeas corpus that you may have filed.   ☒ Yes   ☐ No

11. If your answer to 10 is "Yes," give the following information:

    Name of court: Lubbock County

    Nature of proceeding: Texas 11.07 writ of habeas corpus

    Cause number (if known): Cause No. 2011-432,718-A

—3—

Date (month, day and year) you filed the petition, application or motion as shown by a file-stamped date from the particular court: 1-26-2018

Grounds raised: The evidence was insufficient

Date of final decision: 3-26-2018

What was the decision? Ground was denied

Name of court that issued the final decision: The 364th District court, Lubbock County

As to any second petition, application or motion, give the same information:

Name of court: United State District court Northern District of Texas

Nature of proceeding: Petition for Writ Habeas corpus 2254

Cause number (if known): 4:19-CV-00283

Date (month, day and year) you filed the petition, application or motion as shown by a file-stamped date from the particular court: JAN 4, 2019

Grounds raised: The evidence was insufficient to support to conviction

Date of final decision: November 16, 2021

What was the decision? Dismissed petition as untimely

Name of court that issued the final decision: United States Northern District

If you have filed more than two petitions, applications or motions, please attach an additional sheet of paper and give the same information about each petition, application or motion.

12. Do you have any future sentence to serve after you finish serving the sentence you are attacking in this petition?    ☐ Yes    ☑ No

   (a) If your answer is "Yes," give the name and location of the court that imposed the sentence to be served in the future: _____

   (b) Give the date and length of the sentence to be served in the future: _____

-4-

(c) Have you filed, or do you intend to file, any petition attacking the judgment for the sentence you must serve in the future?   ☐ Yes   ☐ No

**Parole Revocation:**

13. Date and location of your parole revocation: _____

14. Have you filed any petitions, applications or motions in any state or federal court challenging your parole revocation?   ☐ Yes   ☐ No

    If your answer is "Yes," complete Question 11 above regarding your parole revocation.

**Disciplinary Proceedings:**

15. For your original conviction, was there a finding that you used or exhibited a deadly weapon?   ☐ Yes   ☐ No

16. Are you eligible for release on mandatory supervision?   ☐ Yes   ☐ No

17. Name and location of the TDCJ Unit where you were found guilty of the disciplinary violation: _____

    Disciplinary case number: _____

    What was the nature of the disciplinary charge against you? _____

18. Date you were found guilty of the disciplinary violation: _____

    Did you lose previously earned good-time days?   ☐ Yes   ☐ No

    If your answer is "Yes," provide the exact number of previously earned good-time days that were forfeited by the disciplinary hearing officer as a result of your disciplinary hearing: _____

    Identify all other punishment imposed, including the length of any punishment, if applicable, and any changes in custody status:
    _____
    _____
    _____

19. Did you appeal the finding of guilty through the prison or TDCJ grievance procedure?   ☐ Yes   ☐ No

    If your answer to Question 19 is "Yes," answer the following:

    Step 1 Result: _____

−5−

Date of Result: _____

Step 2  Result: _____

Date of Result: _____

**All petitioners must answer the remaining questions:**

20. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting them.

    <u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

A.  **GROUND ONE:** His Murder conviction and resulting life sentence unconstitutional

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The state Jury trial violated Petitioner constitutional rights when the state Jury convicted him of Murder 19.02(b)(1) applying the Legally wrong standard of Law contrary and oppisit to Direct Appeal opinion that stated [ in support of his contention his Identity as the Murder was insufficient ] and oppisit to supreme court

B.  **GROUND TWO:** The Evidence was insufficient to support his conviction

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The evidence was insufficient Based on the Direct Appeal court opinion By Judges who knew the Law and based its opinion on facts and evidence in light of the evidence presented when it determined that the Jury Applied the Legally wrong standard of Law when it find Petitioner Guilty of Murder

—6—

C. **GROUND THREE:** He received ineffective assistance of counsel

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Exculpatory evidence was objected to at trial this Exculpatory evidence was essential to the Defendants defense the trial court sustained the state Relevance objection, criminal Law and procedure defenses at trial has the right to present a defense, Petitioner's DNA expert did not disagree with any of the state expert testimony

D. **GROUND FOUR:** The Reviewing court used the wrong Legal standards

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The Jury Applying the Legally wrong standard of Law are Due to the Direct Appeal court's Independent review of the Record and federal Laws, that Resulted in a state Jury trial Decision that was based on a Legally wrong standard. The Direct Appeal court basing its unreasonable Determination of the facts in light of the evidence presented.

21. Relief sought in this petition: Petitioner/Hooker Relief sought in this petition: Direct the state to "VACATE" the Judgment and acquit him of all charges and also Petition ask this court to Direct the state to compensate Petitioner/Hooker for each year he was held in state prison violating his 5th and 6th and 14th United States constitutional Right Depriving him of his constitutional Right Liberty of Liberty that was illegally taken away from him. Held march 30th 2012 to present

-7-

22. Have you previously filed a habeas petition attacking the conviction, parole revocation or disciplinary proceeding that you are attacking in this petition? ☒Yes ☐No
If your answer is "Yes," give the date on which each petition was filed and the federal court in which it was filed. Also state whether the petition was (a) dismissed without prejudice, (b) dismissed with prejudice, or (c) denied.

United States District Court 2254 petition filed JAN 4, 2019 dismissed with Prejudice/United States District 2254 OR mandamus 81(b) filed July 18 2023/July 19 2023 dismiss without prejudice

If you previously filed a federal petition attacking the same conviction and such petition was denied or dismissed with prejudice, did you receive permission from the Fifth Circuit to file a second petition, as required by 28 U.S.C. § 2244(b)(3) and (4)? ☐ Yes ☒ No

23. Are any of the grounds listed in question 20 above presented for the first time in this petition? ☒Yes ☐ No

If your answer is "Yes," state briefly what grounds are presented for the first time and give your reasons for not presenting them to any other court, either state or federal.

Exculpatory evidence, compulsory process Grounds and the 5th and 6th and 14th United States constitutional violations The state have Law Library on Electrinic tablets now.

24. Do you have any petition or appeal now pending (filed and not yet decided) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☒ No

If "Yes," identify each type of proceeding that is pending (i.e., direct appeal, art. 11.07 application, or federal habeas petition), the court in which each proceeding is pending, and the date each proceeding was filed. _____

25. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

   (a) At preliminary hearing: Mr David CROOK, PO Box 94590, Lubbock TX 79493
   (b) At arraignment and plea: Mr David CROOK PO Box 94590, Lubbock TX 79493
   (c) At trial: Mr David CROOK, PO Box 94590, Lubbock TX 79493
   (d) At sentencing: Mr David CROOK PO Box 94590 Lubbock Tex 79493
   (e) On appeal: Julie Goen Panger 619 Broadway P.O. Box 10536 Lubbock 79408
   (f) In any post-conviction proceeding: None (pro-se)

-8-

(g)    On appeal from any ruling against you in a post-conviction proceeding: _____

none (pro se)

**Timeliness of Petition:**

26.    If your judgment of conviction, parole revocation or disciplinary proceeding became final over one year ago, you must explain why the one-year statute of limitations contained in 28 U.S.C. § 2244(d) does not bar your petition.[1]

The 2244(d) does not bar my petition because the date on which the factual predicate of the claims presented could have been discovered through the ~~ete~~ exercise of due diligence.

---

[1] The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), as contained in 28 U.S.C. § 2244(d), provides in part that:

  (1)   A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

    (A)   the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

    (B)   the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;

    (C)   the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (D)   the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

  (2)   The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Wherefore, petitioner prays that the Court grant him the relief to which he may be entitled.

_Clarence Lee Hooker_
Signature of Attorney (if any)

_PRO-SE_

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on

_December 7, 2023_ (month, day, year).

Executed (signed) on _Dec 7, 2023_ (date).

_Clarence Lee Hooker_
Signature of Petitioner (required)

Petitioner's current address: _Clarence Lee Hooker #01915508 Wynne Unit 210 FM 2821 Rd W, Huntsville, TX 77349_

–10–



CLARENCE LEE HOOKER #01915508
WYNNE UNIT
810 FM 2821 RIW
HUNTSVILLE, TX 77349

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF TEXAS
1205 TEXAS AVE. ROOM 209
LUBBOCK, TX 79401

DEC 27 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS